UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KRISTOPHER A. PIPER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 09-506 (EGS) |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

ORDER

Pending before the Court is defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

ORDERED that plaintiff shall respond to defendant's motion to dismiss by **December 3, 2009**. If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the case.

SIGNED:   EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: October 28, 2009